THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO HERNANDEZ, Appellant. [28 NYS3d 610]—Judgment,

Supreme Court, New York County (Jill Konviser, J.), rendered January 17, 2013, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of seven years, unanimously affirmed.

The sentencing court properly found that it had no discretion to defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730 [2016]). Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Gesmer, JJ.